NUMBER 13-04-503-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

CITY OF PALMVIEW,                                                        Appellant,

v.

ANNA M. GARZA, AS NEXT FRIEND 
OF HILLARY LOREDO,                                                        Appellee.
_________________________________________________________

On appeal from the County Court at Law No. 2
of Hidalgo County, Texas
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, CITY OF PALMVIEW, attempted to perfect an appeal from an
interlocutory order denying plea to the jurisdiction entered by the County Court at Law
No. 2 of Hidalgo County, Texas, in cause number CL-40,817-B. The order in this
cause was signed on July 29, 2004. Pursuant to Tex. R. App. P. 26.1(b), appellant’s
notice of appeal was due on August 18, 2004, but was not filed until September 24,
2004. 
         Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court’s letter, the appeal would be
dismissed. Appellant filed a response to this Court’s notice which was received on
October 8, 2004.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to timely perfect his appeal, and appellant’s response to this Court’s
notice, is of the opinion that the appeal should be dismissed for want of jurisdiction. 
The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM


Memorandum Opinion delivered and filed this
the 20th day of January, 2005.